IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HISTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KELLY MITCHELL,<br><br>　　　　　Defendant. | No. C 11-5210 JSW (PR)<br><br>**ORDER REVOKING IN<br>FORMA PAUPERIS STATUS** |

　　　Plaintiff, a California prisoner, has filed this pro se civil rights complaint under 42 U.S.C. § 1983. Defendants' motion to dismiss was granted because the complaint failed to state a cognizable claim for relief. Plaintiff has appealed. The Court of Appeals has referred the case to this Court for a determination of whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). The Court finds that the appeal is frivolous and consequently determines that in forma pauperis status should be revoked for purposes of the appeal. The Clerk shall send a copy of this order to the Court of Appeals.

　　　IT IS SO ORDERED.

DATED: July 9, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY HISTON,

        Plaintiff,

  v.

KELLY MITCHELL et al,

        Defendant.

Case Number: CV11-05210 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Histon J-79124
1N/89L
San Quentin State Prison
San Quentin, CA 94974

Dated: July 9, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk